UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-mc-60417-CIV-ALTONAGA

**WALGREEN CO.**, *et al.*,

    Plaintiffs,
v.

**WYETH, INC.**, *et al.*,

    Defendants.
_____/

## **ORDER**

Pursuant to 28 U.S.C. section 636(b)(1)A and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-styled case is referred to United States Magistrate Judge Chris M. McAliley to submit a report and recommendation to the Court on Plaintiffs' Motion to Transfer, or in the Alternative, to Compel [ECF No. 1], filed February 15, 2019.

It shall be the responsibility of the parties in this case to note on all motions and submissions pertaining to the referenced matter the name of Magistrate Judge McAliley.

**DONE AND ORDERED** in Miami, Florida, this 11th day of March, 2019.

                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record;
        Magistrate Judge Chris M. McAliley