UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-mc-60417-CIV-ALTONAGA

**WALGREEN CO.**, *et al.*,

    Plaintiffs,
v.

**WYETH, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On March 11, 2019, the Court entered an Order [ECF No. 12] referring the above-styled case to United States Magistrate Judge Chris M. McAliley for a report and recommendation on Plaintiffs' Motion to Transfer, or in the Alternative, to Compel [ECF No. 1]. After having had the benefit of reviewing the parties' submissions and applicable law, and to conserve judicial resources, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 1]** is **REFERRED** to Magistrate Judge McAliley for a **final order** pursuant to 28 U.S.C. section 636(b)(1)(A).

**DONE AND ORDERED** in Miami, Florida, this 26th day of March, 2019.

                                                      **CECILIA M. ALTONAGA**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record;
        Magistrate Judge Chris M. McAliley